**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY XAVIER SANCHEZ, | Case No.  1:25-cv-01949 JLT HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 9) |
| KERN COUNTY SHERIFF'S DEPT., | |
| Defendants. | |

Jermey Xavier Sanchez, a pretrial detainee, is proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. (Doc. 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the Magistrate Judge issued Findings and Recommendations, recommending the district court dismiss this action for Plaintiff's failure to state a claim. (Doc. 9.) Despite being given multiple opportunities to cure the deficiencies identified, Plaintiff was unable to allege a *Monell* claim against the sole defendant nor does it identify any person whose acts or omissions caused the deprivation of his constitutionally protected rights. (*Id.* at 4-5.) The Court served the Findings and Recommendations on Plaintiff, notified him that objections were due in 14 days, and warned him that failure to timely object may result in the waiver of certain rights on appeal. (*Id.* at 8-9, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff failed to file any objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The Findings and Recommendations, filed on February 24, 2026 (Doc. 9), are **ADOPTED** in full.

2.    The Clerk of Court is directed to terminate any pending motions/deadlines, enter judgment against Plaintiff, and close this case.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE