UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY XAVIER SANCHEZ,

Plaintiff,

v.

KERN COUNTY SHERIFF'S DEPT.,

Defendant.

Case No. 1:25-cv-01949-HBK

ORDER DENYING PLAINTIFF'S MOTION FOR REFUND OF FILING FEE

(Doc. 12)

Pending before the Court is Plaintiff's motion for refund of the filing fee. (Doc. 12). Plaintiff, a prisoner, seeks a refund on the ground his case was dismissed.

Plaintiff filed a civil rights complaint and a motion to proceed *in forma pauperis* on December 19, 2025. (Docs. 1, 2). On December 23, 2025, the Court granted the motion and directed correctional officials to make monthly payments of 20% of the preceding month's income credited to Plaintiff's inmate trust account until the full $350.00 filing fee is paid, as required by 28 U.S.C. § 1915(b)(2). (Doc. No. 5).

Under 28 U.S.C. § 1915(a)(1), a plaintiff may commence a civil action without prepayment of fees or security upon submission of a financial affidavit demonstrating an inability to pay such fees or provide give security. Under the Prison Litigation Reform Act, however, a prisoner granted *in forma pauperis* status remains obligated to pay the full filing fee. *Id*.

1915(b)(1). Thus, a prisoner proceeding *in forma pauperis* must continue paying the full filing fee in installments, even if the action is later dismissed. *Roberts v. Beard*, No. 15-CV-1044-WQH PCL, 2015 WL 3397935, at *1 (S.D. Cal. May 26, 2015) (citing 28 U.S.C. § 1915(b)(1), (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Accordingly, IT IS ORDERED:

Plaintiff's motion for refund of filing fee (Doc. 12) is DENIED.

Dated: August 5, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE